IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHMAD WILLIAMS, MALAIKA WILLIAMS | : CIVIL ACTION :  : |
| v. | : NO.  24-354 : |
| RENT 2 OWN TRAILERS, LLC, GABRIEL ARGUELLO, FEDERICO ARGUELLO, BIANEY CORDOVA, IVAN SERNA, ADRIANA CHUEY, ARGUELLO INSURANCE GROUP, JACOBO ARGUELLO, NATALIA RUIZ, NAUTILUS INSURANCE, VICKEY PIRELA, WESTERN SECURITY INSURANCE, KAY CAMPBELL | : : : : : : : : : : |

# ORDER

**AND NOW,** this 4th day of February 2025, upon considering defendants' amended Rule 12 motion to dismiss/alternative motion to transfer (DI 34), plaintiffs' response (DI 39), defendants' reply (DI 42), plaintiff's sur-reply (DI 45), and for reasons in the accompanying memorandum, it is **ORDERED** defendants' amended Rule 12 motion to dismiss/alternative motion to transfer (DI 34) is **GRANTED in part** and the Clerk of Court shall **transfer** this matter to the United States District Court for the Southern District of Texas, Houston Division. The Clerk of Court shall **close** this case in this District.

_____
**MURPHY, J.**